Opinion approved by the Court.

**Willie Henry THOMAS et al., Appellants,**

**v.**

**STATE of Texas, Appellee.**

No. 33790.

Court of Criminal Appeals of Texas.

Nov. 29, 1961.

See also 341 S.W.2d 920.

P. P. Ballowe, Dallas, for appellant.

Henry Wade, Dist. Atty., James M. Williamson, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

This is an appeal from a final judgment entered against the appellants in a bond forfeiture proceeding.

The disposition hereof is controlled by the decision in Blue et al. v. State, No. 33,787, this day decided, 351 S.W.2d 221.

The judgment is affirmed.

Appellants having superseded the judgment by supersedeas bond, judgment is rendered against the sureties on said supersedeas bond for the performance of the judgment herein affirmed.

Opinion approved by the Court.